Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Catherine M. O'Mara, Esq.
Nevada Bar No. 12462
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asorenson@swlaw.com
       ajacobs@swlaw.com
       bgriffith@swlaw.com
       comara@swlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SUNRISE HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No.: 2:15-cv-00753-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF WELLS FARGO BANK, N.A. TO OPPOSE DEFENDANT SUNRISE HIGHLANDS COMMUNITY ASSOCIATION'S MOTION TO DISMISS**<br><br>(FIRST REQUEST) |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Sunrise Highlands Community Association ("HOA" and together with Wells Fargo, the "Parties"), by and through their attorneys of record, hereby stipulate and agree to an extension of time up to and including July 2, 2015, for Plaintiff Wells Fargo Bank, N.A. to respond to HOA's Motion to Dismiss.

WHEREAS, the HOA filed a *Motion to Dismiss* (the "Motion") [Docket No. 16] on May 26, 2015;

21804331

WHEREAS, Wells Fargo's opposition is due on June 12, 2015;

WHEREAS, Wells Fargo needs additional time to evaluate and respond to Defendant's Motion;

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

DATED this 8th day of June 2015.

SNELL & WILMER L.L.P.

By: /s/ Blakeley E. Griffith
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Catherine M. O'Mara, Esq.
Nevada Bar No. 12462
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV  89169
*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

DATED this 8th day of June 2015.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Peter E. Dunkley
Joseph P. Garin, Esq.
Nevada Bar No. 6653
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
Peter E. Dunkley, Esq.
Nevada Bar No. 11110
9900 Covington Cross Drive, Suite 120
Las Vegas, NV  89144
*Attorneys for Defendant Sunrise Highlands Community Association*

## ORDER

IT IS SO ORDERED.

DATED June 9, 2015.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

21804331

Prepared and Submitted by:
SNELL & WILMER L.L.P.

*[signature: Blakeley E. Griffith]*

Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
Catherine M. O'Mara, Esq.
Nevada Bar No. 12462
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Plaintiff*

21804331

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2015, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I have mailed the foregoing document by First-Class Mail, postage fully prepaid, to the following parties:

ALESSI & KOENIG, LLC
9500 W FLAMINGO RD STE 205
LAS VEGAS NV 89147

SUNRISE HIGHLANDS COMMUNITY ASSOCIATION
C/O COMPLETE ASSOCIATION MANAGEMENT COMPANY, LLC
5980 S DURANGO DR STE 131
LAS VEGAS NV 89113

SFR INVESTMENTS POOL 1, LLC
C/O PARACORP INCORPORATED, REGISTERED AGENT
318 N CARSON ST #208
CARSON CITY NV 89701

DATED: June 8, 2015

*Mary Full*
Employee of Snell & Wilmer L.L.P.

- 4 -

21804331