DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association;<br>Plaintiff,<br>vs.<br>SFR INVESTMENTS POOL1, LLC a Nevada limited liability company, SUNRISE HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited liability company,<br>Defendants.<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br>Counter-Claimant,<br>vs.<br>WELLS FARGO BANK, N.A., a national banking association; ALFONSO S. RAZO, an individual; MARIA D. RAZO, an individual,<br>Counter-Defendant/Cross-Defendants. | Case No. 2:15-cv-00753-JCM-CWH<br><br>**STIPULATION AND ORDER DISMISSING ALFONSO S. RAZO AND MARIA D. RAZO WITHOUT PREJUDICE** |

Cross-Defendants Alfonso S. Razo and Maria D. Razo ("Razos") stipulate and agree that they no longer have any interest, ownership or otherwise, in the real property commonly known as **2678 Early Light Drive, Las Vegas, Nevada 89142**, Parcel No. 161-11-113-005 ("Property"). The Razos have been informed that the Property was sold on December 19, 2012

- 1 -

1  by the foreclosure sale conducted by Alessi & Koenig, LLC, agent for Sunrise Highlands
2  Community Association. The Razos further stipulate and agree that they will not contest the
3  validity of the resulting foreclosure deed recorded in the Official Records of the Clark County
4  Recorder, Instrument Number 201212200004604, or SFR Investments Pool 1, LLC's ownership
5  interest in the Property based on the foreclosure deed.

6  Based on these representations, SFR Investments Pool 1, LLC and the Razos stipulate
7  and agree that the Razos shall be dismissed from this action with prejudice, each party to bear its
8  own fees and costs.

10  Dated this ___ day of July, 2016.

   KIM GILBERT EBRON

   DIANA CLINE EBRON, ESQ.
   Nevada Bar No. 10580
   7625 Dean Martin Dr., Suite 110
   Las Vegas, Nevada 89139
   Phone: (702) 485-3300
   Fax:     (702) 485-3301

   *Attorneys for SFR Investments Pool 1, LLC*

10  Dated this ___ day of June, 2016.

    **ALFONSO S. RAZO**

    Alfonso S. Razo
    6079 Dewberry Ct.
    Las Vegas, NV 89110

    **MARIA D. RAZO**

    Maria D. Razo
    6079 Dewberry Ct.
    Las Vegas, NV 89110

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Defendants Alfonso S. Razo and Maria D. Razo shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

DATED July 27, 2016.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

Respectfully submitted:

*/s/ Diana Cline Ebron*

Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*