UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No. 2:15-CV-753 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Presently before the court is Wells Fargo Bank, N.A.; SFR Investments Pool 1, LLC; and Sunrise Highlands Community Association's stipulation and proposed order to stay litigation in this case, pending the final resolution of a petition for writ of certiorari to the United States Supreme Court. (ECF No. 96).

The court has reviewed the stipulation and the parties' assertions contained therein. However, the court does not agree that a stay is necessary in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' stipulation and proposed order to stay litigation (ECF No. 96) be, and the same hereby is, DENIED.

DATED March 10, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**